This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**ZIA TRUST, INC., Wrongful Death Personal Reprsentative of the ESTATE OF CODY STROHMAN, Deceased, LINDA LEE PAGE, JESSE DEAN STROHMAN, and MARVIN STROHMAN,**

　　　Plaintiffs-Appellants,

**v.**                                            **No. 33,571**

**MOUNTAIN STATES CONSTRUCTORS, INC.,**

　　　Defendant-Appellee.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Ted Baca, District Judge**

Will Ferguson & Associates
David M. Houliston
Albuquerque, NM

for Appellants

Madison & Mroz, P.A.
Gregory D. Steinman
Minal P. Unruh
Albuquerque, NM

for Appellee

## MEMORANDUM OPINION

**FRY, Judge.**

{1}     Summary affirmance was proposed for the reasons stated in the calendar notice. No memorandum opposing summary affirmance has been filed, and the time for doing so has expired.  **AFFIRMED.**

{2}     **IT IS SO ORDERED.**

_____
**CYNTHIA A. FRY, Judge**

**WE CONCUR:**

_____
**JONATHAN B. SUTIN, Judge**

_____
**J. MILES HANISEE, Judge**